UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
RUSSELL PATRICK,

              Plaintiff,

    -against-

SLM CORP. et al.,

              Defendants.
------------------------------- X
JITENDRA A. PATEL,

              Plaintiff,

    -against-

SLM CORP. et al.,

              Defendants.
------------------------------- X

08 Civ. 2463 (WHP)

08 Civ. 7846 (WHP)

## ORDER

WILLIAM H. PAULEY III, District Judge:

        This Court having consolidated the above-captioned actions for all purposes under the caption "In re SLM Corp. ERISA litigation, No. 08 Civ. 4334 (WHP)" (Docket No. 16), the Clerk of the Court is directed to close these actions and file all papers in these cases in Master File No. 08 Civ. 4334.

Dated: July 1, 2009
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                            U.S.D.J.